

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

FILED
NOV 26 2008
CLERKS OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., and US
BANK, N.A.,

                Plaintiffs,

v.

OTIS JAMES BROOKS-BEY,

                Defendant.

Case Number: 07-11149 08-11149

JUDGE PAUL D. BORMAN
UNITED STATES DISTRICT COURT

---

### ORDER ADOPTING THE MAGISTRATE JUDGE'S
### REPORT AND RECOMMENDATION TO REMAND THIS CASE
### TO THE WAYNE COUNTY CIRCUIT COURT

Before the Court is the Magistrate Judge's October 16, 2008 Report and

Recommendation ("R&R") granting Plaintiffs' motion to remand this case to the Wayne County

Circuit Court. (Doc. No. 9). Defendant filed his objection to the R&R on October 30, 3008.

(Doc. No. 10). Plaintiffs did not respond to Defendant's objection. Having conducted a *de novo*

review of the R&R, pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b)(3), the Court is

convinced that the Magistrate Judge correctly held that this Court does not have subject matter

jurisdiction over this case. Defendant did not establish that he was entitled to remove this action

based on diversity of citizenship, nor did he show that Plaintiffs' complaint raised a federal

question.

Therefore, this Court:

1

(1) **ADOPTS** the Magistrate Judge's Report and Recommendation to remand this case to the Wayne County Circuit Court. (Doc. No. 9).

**SO ORDERED.**

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: 11–26–08
Detroit, Michigan